1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
6     150 Almaden Blvd., Suite 900
      San Jose, California 95113
7     Telephone: (408) 535-5056
      FAX: (408) 535-5066
8     Susan.Knight@usdoj.gov

   Attorneys for Plaintiff

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                         SAN JOSE DIVISION

   UNITED STATES OF AMERICA,        )    No. 07-70225 PVT
                                    )
        Plaintiff,                  )
                                    )    STIPULATION AND [PROPOSED]
        v.                          )    ORDER CONTINUING PRELIMINARY
                                    )    HEARING OR ARRAIGNMENT DATE
   ARIEL ARELLANO DIAZ,             )    AND EXCLUDING TIME
   a/k/a ANTONIO JUAN GOMEZ,        )
                                    )
        Defendant.                  )
                                    )    SAN JOSE VENUE
                                    )
   _____)

   The undersigned parties respectfully request that the preliminary hearing or arraignment in the above-referenced case be continued from May 18, 2007 at 1:30 p.m. to June 28, 2007 at 1:30 p.m. before the Honorable Judge Trumbull. The reason for the continuance is that Miguel Hernandez, who represents the defendant, needs additional time to investigate the case and consider a pre-indictment resolution that the government has offered him. In addition, the parties request an exclusion of time under Rule 5 of the Federal Rules of Criminal Procedure and the Speedy Trial Act from May 18, 2007 to June 28, 2007. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of

STIPULATION AND [PROPOSED] ORDER
NO. 07-70225 PVT                    1

1  counsel.

2  SO STIPULATED:                           SCOTT N. SCHOOLS
                                            United States Attorney
3

4  DATED:_____                    _____/s/_____
                                            SUSAN KNIGHT
5                                           Assistant United States Attorney

6
   DATED:_____                    _____/s/_____
7                                           MIGUEL A. HERNANDEZ
                                            Counsel for the defendant
8

9      Accordingly, the Court HEREBY ORDERS that the preliminary hearing or arraignment is

10 continued to June 28, 2007 at 9:30 a.m. before the Honorable Judge Trumbull.  Good cause

11 is shown and the continuance is proper under Rule 5 of the Federal Rules of Criminal Procedure

12 and 18 U.S.C. § 3060.

13     For good cause shown, the Court FURTHER ORDERS that time be excluded under the

14 Speedy Trial Act from May 18, 2007 until June 28, 2007.  The Court finds, based on the

15 aforementioned reasons, that the ends of justice served by granting the requested continuance

16 outweigh the best interest of the public and the defendant in a speedy trial.  The failure to grant

17 the requested continuance would deny defense counsel reasonable time necessary for effective

18 preparation, taking into account the exercise of due diligence, and would result in a miscarriage

19 of justice.  The Court therefore concludes that this exclusion of time should be made under 18

20 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

21 SO ORDERED.

22

23 DATED:_____                    _____
                                            HOWARD R. LLOYD
24                                          United States Magistrate Judge