```
 1  SCOTT N. SCHOOLS (SC 9990)
    United States Attorney
 2
    MARK L. KROTOSKI (CSBN 138549)
 3  Chief, Criminal Division

 4  SUSAN KNIGHT (CSBN 209013)
    Assistant United States Attorney
 5
       150 Almaden Blvd., Suite 900
 6     San Jose, California 95113
       Telephone: (408) 535-5056
 7     FAX: (408) 535-5066
       Susan.Knight@usdoj.gov
 8
    Attorneys for Plaintiff
 9
```

FILED

MAY 18 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RECEIVED

MAY 17 2007

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ARIEL ARELLANO DIAZ, <br> a/k/a ANTONIO JUAN GOMEZ, <br><br> Defendant. | No. 07-70225 PVT <br><br> STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING PRELIMINARY HEARING OR ARRAIGNMENT DATE AND EXCLUDING TIME <br><br> SAN JOSE VENUE |

The undersigned parties respectfully request that the preliminary hearing or arraignment in the above-referenced case be continued from May 18, 2007 at 1:30 p.m. to June 28, 2007 at 1:30 p.m. before the Honorable Judge Trumbull. The reason for the continuance is that Miguel Hernandez, who represents the defendant, needs additional time to investigate the case and consider a pre-indictment resolution that the government has offered him. In addition, the parties request an exclusion of time under Rule 5 of the Federal Rules of Criminal Procedure and the Speedy Trial Act from May 18, 2007 to June 28, 2007. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of

STIPULATION AND [PROPOSED] ORDER
No. 07-70225 PVT                                                    1

counsel.

SO STIPULATED:

SCOTT N. SCHOOLS
United States Attorney

DATED:_____

_____/s/_____
SUSAN KNIGHT
Assistant United States Attorney

DATED:_____

_____/s/_____
MIGUEL A. HERNANDEZ
Counsel for the defendant

Accordingly, the Court HEREBY ORDERS that the preliminary hearing or arraignment is continued to June 28, 2007 at 9:30 a.m. before the Honorable Judge Trumbull. Good cause is shown and the continuance is proper under Rule 5 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3060.

For good cause shown, the Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from May 18, 2007 until June 28, 2007. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 5/18/07

HOWARD R. LLOYD
United States Magistrate Judge