SCOTT N. SCHOOLS (SC 9990)
United States Attorney

FILED
2007 AUG -1  A 11:45
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) CR 07 00500 HRL |
|---|---|
| Plaintiff, | ) VIOLATION: Title 18, United States Code, Section 1028(a)(4) - Fraud and Related Activity in Connection with Identification Documents and Information (Class A Misdemeanor) |
| v. | |
| ARIEL ARELLANO DIAZ, a/k/a ANTONIO JUAN GOMEZ, | |
| Defendant. | ) SAN JOSE VENUE |

INFORMATION

The United States Attorney charges:

On or about March 14, 2002, in the Northern District of California, the defendant

ARIEL ARELLANO DIAZ
a/k/a ANTONIO JUAN GOMEZ,

did knowingly possess an identification document, to wit: a State of California birth certificate in the name of Antonio Juan Gomez, born on December 29, 1968, other than one issued lawfully for the use of the possessor, with the intent that such document be used to defraud the United

//
//
//

1  States, in violation of Title 18, United States Code, Section 1028(a)(4), a Class A misdemeanor.

2  DATED: 6/22/07                          SCOTT N. SCHOOLS
                                            United States Attorney

                                            _____
                                            DAVID R. CALLAWAY
                                            Deputy Chief, San Jose Branch Office

7  (Approved as to form: _____)
                          MICAH BLOCK, Law Clerk

INFORMATION                                    2

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

---- OFFENSE CHARGED ----

Title 18, USC § 1028(a)(4) - Fraud and Related Activity in Connection With Identification Documents and Information

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

PENALTY:
1 year imprisonment, $100,000 fine, 1 year supervised release, $25 special assessment fee

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
2007 AUG -1  A 11: 46
RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

---- DEFENDANT - U.S. ----

▶ ARIEL ARELLANO DIAZ a/k/a ANTONIO JUAN GOMEZ

DISTRICT COURT NUMBER
CR 07 00500 HRL

---- DEFENDANT ----

IS NOT IN CUSTODY

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)
Northern District of California

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed Month/Day/Year

DATE OF ARREST ▶

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---- PROCEEDING ----

Name of Complainant Agency, or Person (&Title, if any)
DSS

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.
07-70225 PVT

Name and Office of Person Furnishing Information on THIS FORM
SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) SUSAN KNIGHT

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments: