**FILED**

NOV - 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR- 07-00500 HRL |
| Plaintiff, | **SEALING ORDER** |
| v. | |
| Ariel Avellano-Diaz | |
| Defendant(s). | |

The following documents in this action are placed under seal and shall not be opened except by the United States Sentencing Commission for its eyes only and shall not be transmitted or otherwise opened except by order of this court upon application:

☒ Presentence Report

☐ Plea Agreement

☐ _____ (Other)

IT IS SO ORDERED.

Dated: 11/8/07

_____
United States ~~District~~ Judge
Magistrate