11/16/2007 08:34 PM EDT

**Case Debt Type Payment Report**
**U.S. Courts**

Version 7.0

San Jose

| Party # | Party Name | Case No. | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Acctg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | ARIEL ARELLANO DIAZ | DCAN507CR000500 | 504100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 5461002039 | 0 | PR | 25.00 | 11/08/2007 |

Division Payment Total  25.00

Grand Total  25.00

FILED
NOV 26 2007
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

$25.00  SPECIAL ASSESSMENT ON 11/8/07
PAID IN FULL

Page 1 of 1