JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5056
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

Attorneys for Plaintiff

**FILED**

JAN - 7 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTONIO JUAN GOMEZ,<br>a/k/a Ariel Arellano-Diaz,<br><br>Defendant. | No. CR 07-00500 HRL<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER CONTINUING STATUS<br>HEARING DATE<br><br>SAN JOSE VENUE |

    The undersigned parties respectfully request that the status hearing scheduled for January 8, 2009 at 2:00 p.m. be continued to February 26, 2009 at 11:00 a.m. On December 4, 2008, the Court ordered that the defendant undergo a mental examination. AFPD Manuel Araujo recently spoke to Pretrial Services Officer Jamie Carranza, who informed him that a competency evaluation of the defendant will not be completed until early February. Therefore, the parties request that the hearing currently scheduled be continued in order for the evaluation to be completed and to afford the parties an opportunity to review the results of the examination.

//

STIPULATION AND [PROPOSED] ORDER
No. CR 07-00500 HRL          1

Probation Officer Juan Ramirez has no objection to the continuance.

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: 1/6/09

        /s/
SUSAN KNIGHT
Assistant United States Attorney

DATED: 1/6/09

        /s/
MANUEL ARAUJO
Assistant Federal Public Defender

Accordingly, the Court HEREBY ORDERS that the status hearing is continued to February 26, 2009 at 11:00 a.m.

SO ORDERED.

DATED: 1/7/09

HOWARD R. LLOYD
United States Magistrate Judge